UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
    Plaintiff,
        v.

Jose JIMENEZ-Ramirez,
    Defendant.

Magistrate Docket No.

COMPLAINT FOR VIOLATION OF:
Title 8, USC 1325 Illegal Entry (misdemeanor)

The undersigned complainant being, duly sworn, states:

That on or about July 14, 2018, within the Southern District of California, defendant, Jose JIMENEZ-Ramirez, an alien, did knowingly elude examination and inspection by Immigration Officers, a misdemeanor; in violation of Title 8, United States Code, Section 1325(a)(2).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Edward R. Bugarin
Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE,
THIS 17th DAY OF July, 2018.

BERNARD G. SKOMAL
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
**Jose JIMENEZ-Ramirez**

## PROBABLE CAUSE STATEMENT

On July 16, 2018, Supervisory Border Patrol Agent L. Rivera was performing his assigned duties in the Chula Vista Border Patrol Station's area of responsibility. At approximately 10:30 AM, Border Patrol dispatch broadcasted, via agency radio, a citizen's report of two suspected illegal aliens walking north on the side of California State Route 125 near the Birch Street exit. Agent Rivera responded to the area to further investigate the report. Agent Rivera arrived in the area and encountered two individuals walking north on the east side of SR 125. Agent Rivera exited his vehicle, identified himself as a Border Patrol Agent and conducted an immigration inspection. Both individuals, including one later identified as the defendant, Jose JIMENEZ-Ramirez, admitted to being citizens of Mexico without any immigration documents that would allow them to enter or remain in the United States legally. At approximately 10:50 AM, Agent Rivera placed both individuals including JIMENEZ, under arrest.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant stated that he is a citizen of Mexico illegally present in the United States. The defendant stated that he illegally entered the United States on July 14, 2018.